COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085)  (sneal@cooley.com)
JAMES DONATO (146140)  (jdonato@cooley.com)
JOHN C. DWYER (136533)  (dwyerjc@cooley.com)
JEFFREY M. GUTKIN (216083)  (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD ELIASOPH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>Defendants. | Case No.  C-06-07449 SC<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;** ~~**PROPOSED**~~ **ORDER**<br><br>**JURY TRIAL DEMANDED** |

      Plaintiff Judd Eliasoph ("Plaintiff") and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD") hereby jointly request the Court to continue the initial case management conference and related deadlines in this action as follows.

      1.      On December 5, 2006, Plaintiff filed the complaint in this action ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and under state antitrust and consumer protection laws.  Plaintiff styled the Complaint as a putative class action.

2. As of the date of this Stipulation, at least 23 other complaints have been filed in this and other judicial districts. All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

3. On December 8, 2006, Plaintiff (in conjunction with other plaintiffs with actions pending in this district) filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint ("JPML Motion"). The JPML Motion is currently pending in *In re Graphics Processing Units Antitrust Litigation,* MDL Docket No. 1826.

4. On January 16, 2007, AMD and Nvidia filed a response with the JPML supporting consolidation and transfer of these actions to the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division. To date, every party responding to the JPML Motion has supported consolidation and transfer in either the Northern or Central Districts of California. No party has opposed consolidation and transfer.

5. Some of the plaintiffs in the potentially related antitrust actions and all Defendants have requested that the Panel hear oral argument on the JPML Motion. The parties expect that if the Panel does hear oral argument, the hearing will occur in March 2007. The parties agree that, at some point subsequent to that hearing, the JPML is likely to order transfer and consolidation of these actions.

6. In light of these facts, Plaintiff and Defendants stipulated on December 20, 2006 to extend the time for Defendants to respond to the Complaint to 30 days after (1) the order resolving the JPML motion and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

7. Given the likelihood of a March 2007 hearing date before the JPML, the dates set forth in the Case Management Scheduling Order entered on December 5, 2006, including the

1  deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule
2  3.5, will come to pass before the JPML acts on the pending motion.

3        8.      Continuing the dates set forth in the December 5, 2006 Case Management
4  Scheduling Order would avoid the expenditure of unnecessary judicial resources until it is
5  determined whether this action will remain pending in this Court.  It would also ensure
6  consistency in pretrial rulings and be convenient for the parties, including Plaintiff.

7        9.      Accordingly, the parties hereby stipulate to and respectfully request that the Court
8  order a continuance of the dates set forth in the December 5, 2006 Case Management Scheduling
9  Order.  The affected dates include the deadline to meet and confer and file joint ADR documents
10  (currently March 2, 2007); the deadline to complete Initial Disclosures, the Joint Case
11  Management Statement, and the Rule 26(f) Report (currently March 16, 2007); and the Initial
12  Case Management Conference (currently March 23, 2007).

13        10.     The parties request that the Court continue the above referenced schedule as
14  follows: (1) the deadline to meet and confer and file joint ADR documents – June 22, 2007; (2)
15  the deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule
16  26(f) Report – July 6, 2007; and the Initial Case Management Conference – July 13, 2007.  Such
17  a continuance will allow this matter to move forward promptly in the event that the JPML Motion
18  is denied and further proceedings before this Court are necessary.

19        11.     Except as described in Paragraph 6, the parties have sought no previous
20  modification of the timing of any event or deadline set by the Court.

26  ///
27  ///
28  ///

1  12. The parties agree to notify the Court promptly when the Panel rules on the JPML
2  Motion.

Respectfully submitted,

Dated: January 29, 2007

COOLEY GODWARD KRONISH LLP

By: /s/
      James Donato (146140)

Attorneys for Defendant
NVIDIA CORPORATION

Dated: January 29, 2007

LATHAM & WATKINS LLP

By: /s/
      Charles H. Samel (182019)

Attorneys for Defendants
ATI TECHNOLOGIES, INC. and
ADVANCED MICRO DEVICES, INC.

Dated: January 29, 2007

FURTH LEHMANN & GRANT LLP

By: /s/
      Jon T. King (205703)

Attorneys for Plaintiff
Judd Eliasoph

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1025068 v1/SF

4.

STIP TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES
C-06-07449 SC

1 | FILER'S ATTESTATION:

2 |     Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3 | perjury that the concurrence in the filing of this document has been obtained from its signatories.

4 | Dated: January 29, 2007

By:    /s/
        James Donato

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1025068 v1/SF     5.     **STIP TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
**C-06-07449 SC**

1 **[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, all dates set forth in the December 4, 2006 Case Management Scheduling Order are hereby continued as follows: (1) the deadline to meet and confer and file joint ADR documents will be June 22, 2007; (2) the deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule 26(f) Report will be July 6, 2007; and (3) the Initial Case Management Conference will be July 13, 2007.  The parties are ordered to notify the Court promptly when the Judicial Panel on Multidistrict Litigation rules upon the motion for consolidation pending in MDL Docket No. 1826, *In re Graphics Processing Units Antitrust Litigation*.

Pursuant to stipulation, it is so ordered.

Dated: __2/5/07_____



_____
The Honorable Samuel Conti

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1025068 v1/SF

6.

STIP TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES
C-06-07449 SC